

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00225-CR

Dontre La Ron **NESTLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7781W
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See Conners v. State*, 966 S.W.2d 108, 111 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd) (dismissing appeal at appellant's request, as per her testimony at trial court's hearing, despite the absence of a Rule 42.2(a) motion).

Counsel's motion to withdraw as attorney of record is GRANTED.

SIGNED May 28, 2025.

_____
Adrian A. Spears II, Justice